**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CFP Liquidating Estate, | ) | Case No. 07-10495(PJW) |
| | ) | |
|     Debtor. | ) | |
| _____ | ) | |
| | ) | |
| CHARLES A. STANZIALE, in his | ) | |
| capacity as Liquidating Trustee | ) | |
| of CFP Liquidating Estate, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
|         v. | ) | Adv. Proc. No. 09-50478 (PJW) |
| | ) | |
| TIPPER TIE, INC., | ) | |
| | ) | |
|     Defendant. | ) | |

## ORDER

      For the reasons set forth in the Court's memorandum opinion of this date, Tipper Tie, Inc.'s motion (Doc. # 17) to reopen the adversary proceeding and for relief from default judgment is **granted**.

 

                                                            Peter J. Walsh
                                                            United States Bankruptcy Judge

Dated: November 4, 2010